## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 17-23423-JAD |
|---|---|---|
| | : | |
| **Duane Primus** | : | Chapter 7 |
| Debtor | : | |
| | : | |
| **Duane Primus** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Duane Primus**, hereby state as follows:

1. I am self-employed.

2. I earn business income in the amount of $2,300.00 per month.

3. I worked part-time for Libety Tax and earned gross wages of $9,336.09 through May of this year.

4. My girlfriend lives in the household and contributes $800.00 per month.

5. I have filed income tax returns for the years 2013 – 2016.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 1, 2017

/s/ **Duane Primus**
**Duane Primus**
Debtor