## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **DUANE PRIMUS A/K/A DUANE PRIMUS SR** | : | Bankruptcy No. 17-23423-JAD |
| Debtor | : | |
| | : | Chapter No. 7 |
| **BANK OF AMERICA, N.A.** | : | |
| Movant | : | Related To Doc. No. 24 |
| v. | : | |
| **DUANE PRIMUS A/K/A DUANE PRIMUS SR** | : | |
| and | : | **DEFAULT O/E JAD** |
| **ROBERT H. SLONE, ESQUIRE (TRUSTEE)** | : | |
| Respondents | : | |
| | : | |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 3rd day of January, 2018, upon Motion of **BANK OF AMERICA, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to the 2008 NISSAN ARMADA-V8 bearing vehicle identification number 5N1BA08C88N631514 (hereinafter the Property), (as more fully set forth in the Estimated Disclosure, Security Agreement and Terms and Conditions/Final Disclosure Truth-in-Lending (the Contract) of record granted against the Property), as to allow the Movant, its successors or assignees, to proceed with its rights under the terms of said Contract or take any legal or consensual action for enforcement of its right to possession of, or title to, said Property and to allow the purchaser of said Property (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said Property.

_____ mas
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
James A. Prostko, Esquire

FILED
1/3/18 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA